NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000746
08-JUL-2014
08:27 AM

NO. CAAP-14-0000746

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BHARAT KUMAR NARUMANCHI, Petitioner-Appellant,
v.
JYOTHI GUNTA, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DA NO. 14-1-0057)

ORDER APPROVING THE JUNE 30, 2014
STIPULATION FOR DISMISSAL WITH PREJUDICE OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal with Prejudice of Appeal and Proposed Order" (Stipulation) filed on June 30, 2014, by Petitioner-Appellant Bharat Kumar Narumanchi (Narumanchi), the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved and Appeal No. CAAP-14-0000746 is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, July 8, 2014.

*[signature]*

Chief Judge

*[signature]*

Associate Judge

*[signature]*

Associate Judge